158 A.3d 67

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Donato RODRIGUEZ, Petitioner**

**No. 183 EAL 2016**

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**